THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JEAN AZOR, Appellant. [978 NYS2d 898]—

Upon the Court's independent review of the record, we conclude that there are nonfrivolous issues in this case, including, but not necessarily limited to, the issue of the voluntariness of the defendant's plea. Accordingly, assignment of new counsel

is warranted (*see People v Stokes*, 95 NY2d 633, 638 [2001]; *Matter of Giovanni S. [Jasmin A.]*, 89 AD3d 252 [2011]). Mastro, J.P., Cohen, Miller and Hinds-Radix, JJ., concur.